IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JODY RENEE WATTS                                        PLAINTIFF

v.                        Civil No. 09-2138

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                          DEFENDANT

**J U D G M E N T**

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 4th day of November 2010.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE